# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN SMITH-IDOL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | CIVIL ACTION H-06-1168 |
| | § | |
| HALLIBURTON, ET AL, | § | |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

In accordance with the court's order signed this date, the court now believes that final judgment should be entered. Therefore it is ORDERED that the plaintiffs' claims and causes of action are hereby DISMISSED with prejudice. All pending motions are DENIED AS MOOT.

This is a FINAL JUDGMENT.

Signed at Houston, Texas, on October 11, 2006.

_____
Gray H. Miller
United States District Judge